Case 3:18-cr-00106-DJH   Document 1   Filed 07/24/18   Page 1 of 5 PageID #: 1

**FILED**
VANESSA L. ARMSTRONG, CLERK

JUL 24 2018

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**DARRELL JOSEPH LEE**
a/k/a Darrell Lee

INDICTMENT

NO. 3:18-CR-106-JHM

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
18 U.S.C. § 924(e)(1)
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(Felon in Possession of a Firearm)*

On or about June 14, 2018, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DARRELL JOSEPH LEE**, a/k/a Darrell Lee, being a person who had been convicted in a court of crimes punishable by imprisonment for a term exceeding one year, to wit:

On or about October 13, 2014, in Jefferson Circuit Court, Division Eleven, Jefferson County, Kentucky, in Case Numbers 14-CR-1780 and 14-CR-2473-1, Darrell Lee, was convicted of the felony offenses of Possession of a Firearm by a Convicted Felon, Wanton Endangerment in the First Degree, Facilitation of Arson in the Second Degree, Criminal Mischief in the First Degree, Escape in the Second Degree, and Tampering with Physical Evidence (Complicity);

knowingly possessed, in and affecting commerce, a firearm, that is, an Anderson Arms, Model AM-15, multi-caliber rifle, bearing serial number 17076196; a Smith & Wesson, Model 36, .38 caliber revolver, bearing serial number J151383; a Defense Procurement Manufacturing Services, Model A-15, .223 caliber/5.56 millimeter rifle, bearing serial number FH19044; and a Taurus, Model PT111 G2, 9 millimeter pistol, bearing serial number TIS63746, and ammunition.

-2-

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e)(1).

## NOTICE OF FORFEITURE

As a result of committing the offense of felon in possession of a firearm, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e)(1), as specifically charged in Count 1 of this Indictment, the defendant, **DARRELL JOSEPH LEE**, a/k/a Darrell Lee, shall forfeit to the United States, all firearms and ammunition involved in the commission of said offense, including but not limited to an Anderson Arms, Model AM-15, multi-caliber rifle, bearing serial number 17076196; a Smith & Wesson, Model 36, .38 caliber revolver, bearing serial number J151383; a Defense Procurement Manufacturing Services, Model A-15, .223 caliber/5.56 millimeter rifle, bearing serial number FH19044; and a Taurus, Model PT111 G2, 9 millimeter pistol, bearing serial number TIS63746, and ammunition.

Pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461.

A TRUE BILL.

FOREPERSON

*[signed] D. M. Coleman*
RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:NAB:072518

UNITED STATES OF AMERICA v. **DARRELL JOSEPH LEE**, a/k/a Darrell Lee

## PENALTIES

Count 1:  NM 10 yrs. / $250,000 / both / NM 3 yrs. Supervised Release
(NL 15 yrs. with three qualifying previous convictions under 18 U.S.C. § 924(e)(1) / $250,000 / both / NM 5 yrs. Supervised Release)

Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN 85

No.

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Louisville

## THE UNITED STATES OF AMERICA

vs.

### DARRELL JOSEPH LEE
### a/k/a DARRELL LEE

## INDICTMENT

**Count 1**
**Felon in Possession of a Firearm**
18 U.S.C. §§922(g)(1), 924(a)(2) and 924(e)

**Forfeiture**



*A true bill.*

_____ *Foreperson*

*Filed in open court this* **FILED** *day of July, 2018.*
VANESSA L. ARMSTRONG, CLER

JUL 24 2018     *Clerk*

Bail, $       U.S. DISTRICT COURT
              WEST'N. DIST. KENTUCKY