

## Case Assignment
## Standard Criminal Assignment

Case number **3:18CR-106-JHM**

Assigned : Chief Judge Joseph H. McKinley Jr.
Judge Code : 4414

Designated Magistrate Judge : Magistrate Judge Colin H. Lindsay
Magistrate Judge Code : 44AS

Assigned on 7/24/2018 2:38:40 PM
Transaction ID: 14326

[Request New Judge] [Return]