

FILED
JUL 24 2018
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                             PLAINTIFF

vs.                                                                  3:18-CR-106-JHM

DARRELL JOSEPH LEE                                                   DEFENDANT
a/k/a Darrell Lee

NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Nute A. Bonner hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

_____
Nute A. Bonner
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5911
Email: nute.bonner@usdoj.gov