UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     CRIMINAL NO. 3:18CR-106-JRW

DARRELL J. LEE     DEFENDANT

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
-*Electronically Filed*-

Petitioner, United States of America, by counsel, respectfully shows to this Honorable Court that Darrell J. Lee is now confined in the Green River Correctional Complex at Central City, Kentucky, under authority of the Warden, and in accordance with the laws thereof, having been convicted of an offense against the laws of the State of Kentucky by virtue of which sentence the Warden of said Green River Correctional Complex now holds the said Darrell J. Lee.

Your petitioner avers that a criminal proceeding is now pending in the United States District Court for the Western District of Kentucky, at Louisville, Kentucky, charging him with violations of Title 18, United States Code Section 922(g)(1) and 924, which action will be called for arraignment before this Honorable Court on January 30, 2020 at 9:30 am at Louisville, Kentucky.

WHEREFORE, your petitioner prays that this Honorable Court forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the United States Marshal for the Western District of Kentucky, and the Green River Correctional Complex at Central City, Kentucky, requiring them to produce the body of the said Darrell J. Lee on or before the 30th day

of January, 2020 at 9:30 am, at Louisville, Kentucky, and to remain in federal custody until final resolution of this case, for the purpose of defending, if he wishes, against said prosecution.

        Respectfully submitted,

        RUSSELL M. COLEMAN
        United States Attorney


        *s/ Nute A. Bonner*
        Nute A. Bonner
        Assistant United States Attorney
        717 West Broadway
        Louisville, Kentucky  40202
        PH:  (502) 582-5911
        FAX: (502) 582-5067

DATE: November 26, 2019