UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                                      CRIMINAL NO. 3:18CR-106-JRW

DARRELL J. LEE                                                        DEFENDANT

WRIT OF HABEAS CORPUS
<u>AD PROSEQUENDUM</u>

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF KENTUCKY, AND THE WARDEN OF THE GREEN RIVER CORRECTIONAL COMPLEX AT CENTRAL CITY, KENTUCKY GREETINGS:

We command that you have the body of Darrell J. Lee, now detained in the Green River Correctional Complex at Central City, Kentucky, under your custody as it is said, under safe and secure conduct on or before the 30th day of January, 2020 at Louisville, Kentucky, by 9:30 am, for appearance before the Judge of our District Court within and for the District aforesaid, and to remain in federal custody until final resolution of this case, for the purpose of defending, if he wishes, charges against him now pending in this Court, and after conclusion of said cause, that you return him to the said Green River Correctional Complex at Central City, Kentucky under safe and secure conduct, and have you then and there this writ.

cc:   United States Attorney (NAB)
      Counsel for defendant
      United States Marshal