UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLLE

*(Electronically Filed)*

UNITED STATES OF AMERICA                                                    PLAINTIFF

Vs.                                                    CRIMINAL ACTION NO. 3:18-CR-106-JRW-1

DARRELL JOSEPH LEE                                                          DEFENDANT

\* \* \* \* \* \* \* \* \*

## NOTICE OF ENTRY OF APPEARANCE

Please take note that the undersigned counsel does enter his appearance as counsel on behalf of Defendant Darrell Joseph Lee.

Respectfully submitted,

*/s/ Michael L. Goodwin*
Michael L. Goodwin
600 West Main Street, Suite 100
Louisville, Kentucky 40202
502-584-7622
michaellgoodwin@me.com

## CERTIFICATE OF SERVICE

On January 3, 2020, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Michael L. Goodwin*
Michael L. Goodwin

1