UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:18-CR-00106-JRW-1

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

vs.

**DARRELL JOSEPH LEE**                                                    **DEFENDANT**

## ORDER

Upon the motion of the Defendant, and this Court being sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant Lee's Motion to Dismiss for Violation of the Interstate Agreement on Detainers is GRANTED, and all counts herein are DISMISSED WITH PREJUDICE.