Filed_____    :

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**
VANESSA L. ARMSTRONG, CLERK

JAN 3 0 2020

U.S. DISTRICT COURT
WEST N. DIST. KENTUCKY

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                                              NO. 3:18-CR-106-JHM JRW

Darrell Lee

DEFENDANT

## WAIVER OF DETENTION HEARING

I acknowledge that the Magistrate Judge has informed me of my right to a detention hearing, pursuant to the provisions of Title 18, United States Code, Section 3142, and that I understand that right.

_____  **I HEREBY WAIVE** my right to a detention hearing.

_____  **I HEREBY WAIVE** my right to a detention hearing in this district, and reserve the right to move for a detention hearing in the district where the charges originate.

√_____  **I HEREBY WAIVE** my right to a detention hearing at this time, and reserve the right to move for detention hearing at a later date.

_____          _____
DEFENDANT                                              Date

_____
COUNSEL FOR DEFENDANT or Deputy Clerk