UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.                                                                              CRIMINAL NO. 3:18-CR-106-JRW

DARRELL JOSEPH LEE                                                                        DEFENDANT

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**
*--Electronically Filed--*

The United States respectfully moves the Court to grant an extension of time to respond to Lee's motion to dismiss (DN11).   As grounds for this motion, the undersigned states that he will be on reserve military orders with the U.S. Marine Corps from February 3rd through February 7th and from February 17th through February 19th.   Therefore, the United States requests that the Court allow the United States to respond no later than February 28, 2020.   The undersigned has discussed this extension with Lee's defense counsel, Michael L. Goodwin, and Mr. Goodwin has informed the United States that he has no objection to this motion.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

Nute A. Bonner
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky   40202
PH:   (502)582-5911
Email: nute.bonner@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on February 3, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice to Michael L. Goodwin, Esq., counsel for Darrell Lee.

_____
Nute A. Bonner
Assistant United States Attorney