UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                 PLAINTIFF

vs.                                                           CRIMINAL ACTION NO. 3:18-CR-106-JRW

DARRELL JOSEPH LEE                                                                       DEFENDANT

## **ORDER**

Motion having been made, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the United States unopposed motion for an extension of time to respond to the defendant's motion to dismiss (DN11), up to and including February 28, 2020, be and the same hereby is **GRANTED**.