| | |
|---|---|
| **From:** | Bonner, Nute (USAKYW) |
| **To:** | Moss, Carissa (USAKYW) [Contractor] |
| **Subject:** | RE: Info re Darrell Lee |
| **Date:** | Friday, April 05, 2019 3:36:00 PM |

Good to go, thanks Carissa

---

**From:** Moss, Carissa (USAKYW) [Contractor] <CMoss@usa.doj.gov>
**Sent:** Friday, April 05, 2019 1:27 PM
**To:** Bonner, Nute (USAKYW) <NBonner@usa.doj.gov>
**Subject:** Info re Darrell Lee

Hi Nute-

Chad with the USMS called and left the following message:

Darrell Joseph Lee is being housed at the Roederer Correction Complex (RCC) under the Kentucky Department of Corrections. A federal detainer has been placed on him. His DOB is 7/8/92.

Thanks,

*Carissa D. Moss*
Legal Assistant - Criminal Division
Contractor
U.S. Attorney's Office
717 West Broadway
Louisville, KY 40202
(502) 582-6995