| | |
|---|---|
| **From:** | Bonner, Nute (USAKYW) |
| **To:** | Norsworthy, Perry (USMS) |
| **Cc:** | Hendricks, Charlotte (USAKYW) |
| **Subject:** | RE: LEE, Darrell 3:18-cr-00106 |
| **Date:** | Tuesday, November 26, 2019 1:51:00 PM |

Rgr, thanks Perry, we'll writ him out.

**From:** Norsworthy, Perry (USMS) <PNorsworthy@usms.doj.gov>
**Sent:** Tuesday, November 26, 2019 12:31 PM
**To:** Bonner, Nute (USAKYW) <NBonner@usa.doj.gov>
**Subject:** LEE, Darrell 3:18-cr-00106

Good Afternoon Nute,

This subject just called from Green River Correctional Complex, where we have a detainer on him for an USA case. He is asking about his speedy trial requirement. I'm guessing he will need to have a writ soon? You're listed as the AUSA in Pacer. If this needs to go to someone else, please pass along.

Thanks,

*Perry Neal Norsworthy*
Criminal Program Specialist
United States Marshals Service
Western District of KY
(o) 502-588-8038
(f) 502-588-8005
(c) 502-262-2337