| | |
|---|---|
| **From:** | Jim Vilt |
| **To:** | Bonner, Nute (USAKYW) |
| **Subject:** | RE: IAD Motion for Darrell Lee |
| **Date:** | Thursday, February 13, 2020 10:20:35 AM |

Correct.

**From:** Bonner, Nute (USAKYW) <Nute.Bonner@usdoj.gov>
**Sent:** Thursday, February 13, 2020 10:18 AM
**To:** Jim Vilt <James_Vilt@kywd.uscourts.gov>
**Subject:** RE: IAD Motion for Darrell Lee

Ok, thanks for the information.  So, as it stands right now, there is no record of the Court receiving this detainer from Lee's warden via certified mail.  Is that correct?

**From:** Jim Vilt <James_Vilt@kywd.uscourts.gov>
**Sent:** Thursday, February 13, 2020 10:13 AM
**To:** Bonner, Nute (USAKYW) <NBonner@usa.doj.gov>
**Subject:** RE: IAD Motion for Darrell Lee

I looked back at our files and we no longer have any of the paper documents we received prior to July, 2019 so I'm afraid I'm unable to verify whether or not we received, and failed to docket, this detainer.  I would note that staff is to quality control all paper filings to ensure that they have been docketed prior to disposing of the paper and we do have a written procedure for docketing these detainers but that is a relatively recent creation.

I wish I was in a position to provide a more conclusive response but if you have any other questions, do not hesitate to let me know.

**From:** Bonner, Nute (USAKYW) <Nute.Bonner@usdoj.gov>
**Sent:** Wednesday, February 12, 2020 5:18 PM
**To:** Jim Vilt <James_Vilt@kywd.uscourts.gov>
**Subject:** RE: IAD Motion for Darrell Lee

Sounds good, thank you

**From:** Jim Vilt <James_Vilt@kywd.uscourts.gov>
**Sent:** Wednesday, February 12, 2020 4:56 PM
**To:** Bonner, Nute (USAKYW) <NBonner@usa.doj.gov>
**Subject:** Re: IAD Motion for Darrell Lee

I am out of the office for the day but I will check in the morning. We do have a specific procedure for docketing these things but I will check to see if anything might have slipped through the cracks.

Sent from my iPhone

On Feb 12, 2020, at 4:09 PM, Bonner, Nute (USAKYW) <Nute.Bonner@usdoj.gov> wrote:

Hi James,

Defendant Darrell Lee filed the attached motion to dismiss his case. The statute he refers to requires the state prison warden to notify both our office and the Court about his request for a speedy trial. The USAO has never received anything from Lee's warden. Has the Court received the attached detainer or anything from Lee's warden informing the Court of his request for a speedy trial? If not, I don't believe we've violated the Interstate Agreement on Detainers. Please let me know if anything was sent to the Court. Grateful for your help.

Thank you,

Nute

Nute A. Bonner
Assistant U.S. Attorney
Western District of Kentucky
717 West Broadway
Louisville, KY  40202
Office: (502) 625-7067
Cell:    (502) 398-1416
nute.bonner@usdoj.gov

This email (and any attachment) is only for the use of the intended recipient and may contain confidential information that is privileged and exempt from disclosure.  If you are not the intended recipient of this message, please note that any further dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this e-mail in error, please notify sender immediately by telephone or email, and destroy your copy.

<DN11 - Lee Motion to Dismiss for IAD Violation.pdf>
<DN11-1 - Lee Request for Speedy Trial.pdf>