Your Honor,

I write to tell you why Darrell Lee is so much greater than his worst acts. My son, Darrell Joseph Lee, was born on July 8, 1992, 28 years ago last week. He was the largest baby ever born at Santa Clara Valley medical center in San Jose California weighing in at 14 lbs. 15 oz. His father and myself were married at the time and are both college educated.   Since our divorce, D.J.  has maintained a close relationship with his father.

D.J.'s  height shot up very quickly from pre school on. He was always assumed to be older than he was, but remains of the big baby he was born. His height allowed him to excel in all sports and he did well at most of them.  But, it was his intellect and brains that truly excelled.  He was beyond smart and rewrote mathematical equations that shocked even his grandfather, who is a famous statistician.  By the time D.J. graduated high school at the age of 17, he had been attending college courses alongside his older sister, Semaj, for over a year.  I have always been quite proud of him.

When we moved to Louisville,  Kentucky, in the summer of 2011, it was to start a small business that I had envisioned for years. We packed up a U-Haul, most of our belongings, and our family dog, Smokey.  I had rented a rundown building, site unseen.  D.J., myself, and four family friends turned turned this rundown building into a functioning coffee shop within five weeks putting in several 15 hour days. Smokeys Bean.

After six months, we were pulling in a profit. We began to cater and hold late night functions and political rallies.  We became the only union coffee shop in the city of Louisville. D.J. was our union representative for UFCW227 and stood along teamsters in creating reforms to help all in the city earn a livable wage.  He was one of the youngest men in the union, but held in very high regard and his opinions mattered.  While helping to manage our family owned business, attend union functions, maintain a social life, he also enrolled at Jefferson Community College in the automotive trade school.  He graduated college with an automotive degree and several certificates making him a an excellent candidate for the workforce. He managed to work at Smokeys Bean, and at a neighboring auto shop, being very productive at both.  He was also very capable of fixing his mother's car, which I greatly appreciated!

D.J. has done so well as an employee, a manager, a bookkeeper, a street vendor at many local community events, helping serve our coffee at soup kitchens in times of distress, a union representative, mechanic, an entrepreneur, and now a father. But most importantly, to me, as a son.

In these troubling times of our country, in front of you is a young black life that matters.  He has made mistakes and he recognizes these mistakes. He has paid dearly for them.  He has missed so much already from his own birthdays behind bars, to his young daughter's birthdays as well as his aging grandmother and his sisters and brothers. He is always in our thoughts and is loved by many. He has many great skills that would put him right back into the workforce and right back to his family and a positive

environment. Please let his life matter sooner rather than later. He will not make these mistakes again as they do not define who he is as a person, as a young man with much promise.

Thank you, your honor, for taking the time to read my thoughts.

I wish you well.

Sincerely,
Erin Lee
(D.J.'s mother)