July 10, 2020

Re: **DARRELL JOSEPH LEE – DOB 7/8/1992 Referral Letter**

Dear Judge Walker,

The purpose of this letter is to inform you of my relationship with Darrell Joseph Lee, better known as DJ to his friends and family. In addition, I would like to honorably request taking into consideration all that is set forth in this letter as my testament to his good character. I have known DJ his entire life. I am like an Aunt to DJ and his mother, Erin Lee, is one of my best friends since the third grade.

DJ has always been kind, funny and smart with an infectious smile that will brighten up any room. Throughout the years watching him grow up, he has always been very respectful, helpful and willing to go the extra mile. I have always known him to take pride in his family and have witnessed his loyalty and protection for those he loves.

When DJ is released from prison, I would not hesitate to invite him into my home. In fact, we recently talked about having his welcome home party at my house. He does not pose a threat nor scare me. His prior convictions do not make me feel unsafe as I know this is not a defining factor of DJ.

I feel very strongly that due to his time served, DJ would go into the world with a fresh positive outlook and want to do right by his family but most of all, himself. His business skills and whit will drive him to succeed as a law abiding citizen. DJ still has a significant part of his life ahead of him and I sincerely request your compassion and consideration for a favorable outcome in court. I truly feel he is at a point in his life where he can put his mistakes behind him and move forward to be the best person DJ is meant to be.

Please feel free to call or email me with any questions or comments. Below are my contact details:

Karen Harding
3610 NE Dorchester Way
Corvallis, OR  97330

Cell:  626.375.1153
Karenharding6@gmail.com

Again, I thank you for your time in reading this letter and for your consideration.

Best Regards,

*[signature]*

Karen Harding