UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                                            CRIMINAL NO. 3:18-CR-106-JRW

DARRELL JOSEPH LEE                                        DEFENDANT
a/k/a DARRELL LEE

## SECOND SENTENCING MEMORANDUM
*-Electronically Filed-*

The United States of America, by counsel, files its memorandum in support of sentencing in this action currently scheduled for August 7, 2020.

The United States submits the attached three exhibits for the Court's consideration:

    1.     The police report for the stolen AR-15 (Serial # FH19044)

    2.     A picture of the stolen AR-15 with visible Serial # FH19044

    3.     A picture of the stolen AR-15 next to high capacity magazines

If necessary, the United States will call Louisville Metro Police Officer Jarod Hummer as a witness.

Under normal circumstances, the United States would move for the admission of these exhibits in open court; however, with the safety precautions of the ongoing Coronavirus pandemic in place, the United States submits these exhibits using the ECF system in order to avoid passing documents in the courtroom.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

_____
Nute A. Bonner
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky  40202
Email: nute.bonner@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: **Michael L. Goodwin, Esq.**, counsel for defendant.

_____
Nute A. Bonner
Assistant United States Attorney