**Division:** 7 DISTRICT
**Beat:** 712
**Agency:** LMPD
**Case Number:** 80-18-000512

# Incident/Investigation Report   **UNAPPROVED**

**Case Status:** OPEN ACTIVE

## Incident Information

| Date/Time Reported | Date/Time From | Date/Time To | Officer |
|---|---|---|---|
| 01/03/2018 07:15 | 01/02/2018 21:00 | 01/03/2018 06:30 | (7106) WATTS, DAVID M |

**Incident Location:** 11704 TRANQUILITY WAY, LOUISVILLE, KY 40291

## Charges

| # | Charge Type | Description | Statute | UCR | Att/Com |
|---|---|---|---|---|---|
| 1 | State | TBUT OR DISP CONTENTS FROM VEH $500 OR > BUT < $10,000 | 24006 | 23F | ☑ Com |

**Alcohol, Drugs or Computers Used:** ☐ Alcohol  ☐ Drugs  ☐ Computers
**Location Type:** RESIDENCE / HOME
**Premises Entered:**
**Forced Entry:** ☐ Yes  ☑ No
**Weapons:** 1.  2.  3.
**Entry:**
**Exit:**
**Criminal Activity:**
**Bias Motivation:**
**Bias Target:**
**Bias Circumstances:**
**Hate Group:**

## Victims

| Seq. # | Type | Injuries | Residency Status | Ethnicity |
|---|---|---|---|---|
| 1 | INDIVIDUAL | None | Resident | Non-Hispanic |

**Name (Last, First, M):** ARTMAN, JEFFREY 6002
**Race:** W  **Sex:** M  **DOB:**  **Age:**
**Address:**
**Home Phone:**
**Employer Name/Address:**
**Business Phone:**
**Victim of Crimes:** 1
**Cell Phone:**

| Division: 7 DISTRICT | Incident/Investigation Report | **UNAPPROVED** |
|---|---|---|
| Beat: 712 | | |
| Agency: LMPD | Case Number: 80-18-000512 | Case Status: OPEN ACTIVE |

## Property

| Seq. # 1 | Description: AR | | | Serial Number: FH19044 | Make/Model: DPMS INC (DEFEN / |
|---|---|---|---|---|---|
| Owner: ARTMAN, JEFFREY 6002 | | | | License / State: | Color: BLACK |
| Status: STOLEN/ETC | Status Officer: (7106) WATTS, DAVID M | | | Quantity: 1.00   Units of Measure: | Value: $1000.00 |
| Gun Type: | Caliber: | | Finish: | Grip: | Gun Stock: |
| Condition: | Gun Test: ☐ Yes ☒ No | Test Type: | | Sight Test: ☐ Yes ☒ No   Sight Type: | |
| Property Notes: | | | | | |

| Seq. # 2 | Description: SHOTGUN | | | Serial Number: W795896M | Make/Model: REMINGTON ARMS / |
|---|---|---|---|---|---|
| Owner: ARTMAN, JEFFREY 6002 | | | | License / State: | Color: BLACK |
| Status: STOLEN/ETC | Status Officer: (7106) WATTS, DAVID M | | | Quantity: 1.00   Units of Measure: | Value: $340.00 |
| Gun Type: | Caliber: | | Finish: | Grip: | Gun Stock: |
| Condition: | Gun Test: ☐ Yes ☒ No | Test Type: | | Sight Test: ☐ Yes ☒ No   Sight Type: | |
| Property Notes: | | | | | |

| Seq. # 3 | Description: AR CASE | | | Serial Number: | Make/Model: |
|---|---|---|---|---|---|
| Owner: ARTMAN, JEFFREY 6002 | | | | License / State: | Color: GREEN |
| Status: STOLEN/ETC | Status Officer: (7106) WATTS, DAVID M | | | Quantity: 1.00   Units of Measure: | Value: $200.00 |
| Gun Type: | Caliber: | | Finish: | Grip: | Gun Stock: |
| Condition: | Gun Test: ☐ Yes ☒ No | Test Type: | | Sight Test: ☐ Yes ☒ No   Sight Type: | |
| Property Notes: | | | | | |

| Division: 7 DISTRICT | Incident/Investigation Report | **UNAPPROVED** |
|---|---|---|
| Beat: 712 | | |
| Agency: LMPD    Case Number: 80-18-000512 | | Case Status: OPEN ACTIVE |

## Property

| Seq. # | Description | Serial Number | Make/Model |
|---|---|---|---|
| 4 | LAPTOP CASE | | OAKLEY |

| Owner | License / State | Color |
|---|---|---|
| ARTMAN, JEFFREY 6002 | | |

| Status | Status Officer | Quantity | Units of Measure | Value |
|---|---|---|---|---|
| STOLEN/ETC | (7106) WATTS, DAVID M | 1.00 | | $60.00 |

| Gun Type | Caliber | Finish | Grip | Gun Stock |
|---|---|---|---|---|
| | | | | |

| Condition | Gun Test  Test Type | Sight Test  Sight Type |
|---|---|---|
| | ☐ Yes ☑ No | ☐ Yes ☑ No |

**Property Notes**

---

| Seq. # | Description | Serial Number | Make/Model |
|---|---|---|---|
| 5 | PUSH PACK | | 5.11 |

| Owner | License / State | Color |
|---|---|---|
| ARTMAN, JEFFREY 6002 | | BLACK |

| Status | Status Officer | Quantity | Units of Measure | Value |
|---|---|---|---|---|
| STOLEN/ETC | (7106) WATTS, DAVID M | 1.00 | | $60.00 |

| Gun Type | Caliber | Finish | Grip | Gun Stock |
|---|---|---|---|---|
| | | | | |

| Condition | Gun Test  Test Type | Sight Test  Sight Type |
|---|---|---|
| | ☐ Yes ☑ No | ☐ Yes ☑ No |

**Property Notes**

---

| Seq. # | Description | Serial Number | Make/Model |
|---|---|---|---|
| 6 | PUSH PACK | | 5.11 |

| Owner | License / State | Color |
|---|---|---|
| ARTMAN, JEFFREY 6002 | | TAN |

| Status | Status Officer | Quantity | Units of Measure | Value |
|---|---|---|---|---|
| STOLEN/ETC | (7106) WATTS, DAVID M | 1.00 | | $60.00 |

| Gun Type | Caliber | Finish | Grip | Gun Stock |
|---|---|---|---|---|
| | | | | |

| Condition | Gun Test  Test Type | Sight Test  Sight Type |
|---|---|---|
| | ☐ Yes ☑ No | ☐ Yes ☑ No |

**Property Notes**

| Division: | 7 DISTRICT | | Incident/Investigation Report | | **UNAPPROVED** |
|---|---|---|---|---|---|
| Beat: | 712 | | | | |
| Agency: | LMPD | Case Number: 80-18-000512 | | Case Status: OPEN ACTIVE | |

## Property

| Seq. # | Description | | | Serial Number | Make/Model |
|---|---|---|---|---|---|
| 7 | AR MAGAZINES | | | | MAGPUL |
| **Owner** | ARTMAN, JEFFREY 6002 | | | License / State | Color BLACK |
| **Status** STOLEN/ETC | **Status Officer** (7106) WATTS, DAVID M | | | Quantity 8.00 / Units of Measure | Value $15.00 |
| **Gun Type** | **Caliber** | | **Finish** | **Grip** | **Gun Stock** |
| **Condition** | **Gun Test** ☐ Yes ☒ No | **Test Type** | | **Sight Test** ☐ Yes ☒ No | **Sight Type** |

**Property Notes**

| Seq. # | Description | | | Serial Number | Make/Model |
|---|---|---|---|---|---|
| 8 | 8 MAGAZINES OF 5.56 AMMO (240 ROUNDS) | | | | 5.56 |
| **Owner** | ARTMAN, JEFFREY 6002 | | | License / State | Color |
| **Status** STOLEN/ETC | **Status Officer** (7106) WATTS, DAVID M | | | Quantity 12.00 / Units of Measure | Value $10.00 |
| **Gun Type** | **Caliber** | | **Finish** | **Grip** | **Gun Stock** |
| **Condition** | **Gun Test** ☐ Yes ☒ No | **Test Type** | | **Sight Test** ☐ Yes ☒ No | **Sight Type** |

**Property Notes**

| Seq. # | Description | | | Serial Number | Make/Model |
|---|---|---|---|---|---|
| 9 | VESTS | | | | POINT BLANK |
| **Owner** | ARTMAN, JEFFREY 6002 | | | License / State | Color |
| **Status** STOLEN/ETC | **Status Officer** (7106) WATTS, DAVID M | | | Quantity 2.00 / Units of Measure | Value $500.00 |
| **Gun Type** | **Caliber** | | **Finish** | **Grip** | **Gun Stock** |
| **Condition** | **Gun Test** ☐ Yes ☒ No | **Test Type** | | **Sight Test** ☐ Yes ☒ No | **Sight Type** |

**Property Notes**

| Division: 7 DISTRICT | Incident/Investigation Report | **UNAPPROVED** |
|---|---|---|
| Beat: 712 | | |
| Agency: LMPD | Case Number: 80-18-000512 | Case Status: OPEN ACTIVE |

## Property

| Seq. # 10 | Description: WVS | | Serial Number | Make/Model: TAZER / WVS |
|---|---|---|---|---|
| Owner: ARTMAN, JEFFREY 6002 | | | License / State | Color: BLACK |
| Status: STOLEN/ETC | Status Officer: (7106) WATTS, DAVID M | Quantity: 1.00 | Units of Measure | Value: $1.00 |
| Gun Type | Caliber | Finish | Grip | Gun Stock |
| Condition | Gun Test: ☐ Yes ☑ No   Test Type | | Sight Test: ☐ Yes ☑ No   Sight Type | |

Property Notes

| Seq. # 11 | Description: BAG | | Serial Number | Make/Model |
|---|---|---|---|---|
| Owner: ARTMAN, JEFFREY 6002 | | | License / State | Color: CAMOUFLAGE |
| Status: STOLEN/ETC | Status Officer: (7106) WATTS, DAVID M | Quantity: 1.00 | Units of Measure | Value: $60.00 |
| Gun Type | Caliber | Finish | Grip | Gun Stock |
| Condition | Gun Test: ☐ Yes ☑ No   Test Type | | Sight Test: ☐ Yes ☑ No   Sight Type | |

Property Notes

| Seq. # 12 | Description: SWAT COMM GEAR | | Serial Number | Make/Model |
|---|---|---|---|---|
| Owner: ARTMAN, JEFFREY 6002 | | | License / State | Color |
| Status: STOLEN/ETC | Status Officer: (7106) WATTS, DAVID M | Quantity: 1.00 | Units of Measure | Value: $1.00 |
| Gun Type | Caliber | Finish | Grip | Gun Stock |
| Condition | Gun Test: ☐ Yes ☑ No   Test Type | | Sight Test: ☐ Yes ☑ No   Sight Type | |

Property Notes

| Division: 7 DISTRICT | Incident/Investigation Report | **UNAPPROVED** |
|---|---|---|
| Beat: 712 | | |
| Agency: LMPD | Case Number: 80-18-000512 | Case Status: OPEN ACTIVE |

## Property

| Seq. # 13 | Description: MAGAZINES | | | Serial Number | Make/Model: GLOCK / 22 |
|---|---|---|---|---|---|
| Owner: ARTMAN, JEFFREY 6002 | | | | License / State | Color: BLACK |
| Status: STOLEN/ETC | Status Officer: (7106) WATTS, DAVID M | | | Quantity: 2.00 | Units of Measure | Value: $20.00 |
| Gun Type | Caliber | | Finish | Grip | Gun Stock |
| Condition | Gun Test: ☐ Yes ☒ No | Test Type | | Sight Test: ☐ Yes ☒ No | Sight Type |
| Property Notes | | | | | |

| Seq. # 14 | Description: 2 MAGAZINES OF .40 AMMO | | | Serial Number | Make/Model: .40 |
|---|---|---|---|---|---|
| Owner: ARTMAN, JEFFREY 6002 | | | | License / State | Color |
| Status: STOLEN/ETC | Status Officer: (7106) WATTS, DAVID M | | | Quantity: 1.00 | Units of Measure | Value: $25.00 |
| Gun Type | Caliber | | Finish | Grip | Gun Stock |
| Condition | Gun Test: ☐ Yes ☒ No | Test Type | | Sight Test: ☐ Yes ☒ No | Sight Type |
| Property Notes | | | | | |

| Seq. # 15 | Description: TRUNK CARRIER | | | Serial Number | Make/Model |
|---|---|---|---|---|---|
| Owner: ARTMAN, JEFFREY 6002 | | | | License / State | Color |
| Status: STOLEN/ETC | Status Officer: (7106) WATTS, DAVID M | | | Quantity: 1.00 | Units of Measure | Value: $500.00 |
| Gun Type | Caliber | | Finish | Grip | Gun Stock |
| Condition | Gun Test: ☐ Yes ☒ No | Test Type | | Sight Test: ☐ Yes ☒ No | Sight Type |
| Property Notes | | | | | |

| Division: 7 DISTRICT | Incident/Investigation Report | **UNAPPROVED** |
|---|---|---|
| Beat: 712 | | |
| Agency: LMPD | Case Number: 80-18-000512 | Case Status: OPEN ACTIVE |

## Property

| Seq. # 16 | Description: ASSORTED ISSUED GEAR | | Serial Number | Make/Model |
|---|---|---|---|---|
| Owner: ARTMAN, JEFFREY 6002 | | | License / State | Color |
| Status: STOLEN/ETC | Status Officer: (7106) WATTS, DAVID M | | Quantity: 1.00 | Units of Measure | Value: $1.00 |
| Gun Type | Caliber | Finish | Grip | Gun Stock |
| Condition | Gun Test: ☐ Yes ☒ No | Test Type | Sight Test: ☐ Yes ☒ No | Sight Type |

Property Notes

## Vehicles

| Seq. # 1 | Year: 2013 | Color: SILVER | Style | Make: FORD (ALSO SEE | Model: EXPLORER |
|---|---|---|---|---|---|
| VIN: 1FM5K8D89DGC16114 | License Plate Type | License / State: 404PBY / KY | License Year: 2016 | Owner: LOUISVILLE METRO GOV | |
| Status | Status Date | | Value | | |

Vehicle Notes

## Related Name Relationships

| ARTMAN, JEFFREY 6002 | is | RELATIONSHIP UNKNOWN | to | |

| | | |
|---|---|---|
| **Division:** 7 DISTRICT<br>**Beat:** 712 | Incident/Investigation Report | **UNAPPROVED** |
| **Agency:** LMPD | **Case Number:** 80-18-000512 | **Case Status:** OPEN ACTIVE |

## Notes/Narratives

**PUBLIC NARRATIVE**

Victim stated that between the listed times an unknown person(s) stole the listed items from the listed vehicle. There was no visible damage to the vehicle where entry was made.

**INVESTIGATIVE NARRATIVE**