**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                                  **PLAINTIFF**

**v**.                                                                       **CRIMINAL NO. 3:18CR-106 -JRW**
                                                                                                            *Electronically Filed*

**DARRELL JOSEPH LEE**                                                                            **DEFENDANT**

## MOTION TO RETURN STOLEN FIREARM

The United States, by counsel, Nute A. Bonner, moves this Court to enter the attached Order permitting the return of a stolen firearm to the owner, which was seized in this case. On March 11, 2020, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, which included the stolen firearm. ATF has verified that this firearm was stolen and an order is necessary to return the firearm to the rightful owner. The defendant was sentenced in this case in August 2020, and the firearm is no longer needed as evidence.

Respectfully Submitted,
RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

s/Nute A. Bonner_____
Nute A. Bonner
Assistant U.S. Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911

### CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2020, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/ *Nute A. Bonner*
Nute A. Bonner