**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**V.**                                    **CRIMINAL NO. 3:18CR-106-JRW**
                                             *Electronically Filed*

**DARRELL JOSEPH LEE**                                    **DEFENDANT**

**ORDER TO RETURN**
**STOLEN FIREARM**

Upon motion of the United States, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that, by agreement, ATF and Louisville Metro Police Department will return the stolen firearm seized in this case, the Defense Procurement Manufacturing Service model A-15. Serial FH19044, to the owner Jeff Artman.