

# Case Assignment
## Judge Walker Criminal Case Reassignment

Case number **3:18CR-106-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 9/23/2020 8:06:08 AM
Transaction ID: 42350

Request New Judge    Return