## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**V.**                                                     **CRIMINAL NO. 3:18CR-106-DJH**
*Electronically Filed*

**DARRELL JOSEPH LEE**                                                   **DEFENDANT**

## ORDER TO RETURN
## STOLEN FIREARM

Upon motion of the United States, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that, by agreement, ATF and Louisville Metro Police Department will return the stolen firearm seized in this case, the Defense Procurement Manufacturing Service model A-15. Serial FH19044, to the owner Jeff Artman.